IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, INC., | ) CASE NO. 1:20-cv-01171-PAB |
| Plaintiff, | ) JUDGE PAMELA A. BARKER |
| vs. | ) **ORDER** |
| SHENZHEN GOOLOO E-COMMERCE CO., LTD., | ) |
| Defendants. | ) |

### ORDER GRANTING ANALECTS LEGAL LLC'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR SHENZHEN GOOLOO E-COMMERCE CO., LTD

The Court has reviewed and considered Analects Legal LLC's and its attorney of record, Peter J. Curtin (collectively, "Analects"), Unopposed Motion for Leave to Withdraw as Counsel for Shenzhen Gooloo E-Commerce Co., LTD, and further notes that Perkins Coie LLP has replaced Analects and that Plaintiff does not oppose the pending motion.

Analects Legal LLC's Unopposed Motion for Leave to Withdraw as Counsel for Shenzhen Gooloo E-Commerce Co., LTD is hereby GRANTED.

Date   6/12/2024            *Pamela A. Barker*